SAMUEL VALENSTEIN, Respondent, v. ALFRED D. MILLER and Others, Appellants.— Motion for stay of examination before trial, pending appeal, denied, with

ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.